IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JULIA PRINCE JONES                                                      PLAINTIFF

v.                              No. 4:19-cv-00527 PSH

KAREN GRANT and CALENE SCOTT                              DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice.

DATED this 19th day of May, 2021.

_____
UNITED STATES MAGISTRATE JUDGE